IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER<br><br>*Plaintiff*,<br><br>v.<br><br>BOB HOLDER, Comal County Sherriff, in his individual and official capacity, and COMAL COUNTY,<br><br>*Defendants*. | Civil Action No. SA-13-CV-591-XR |

## ORDER

On this date the Court considered the status of this case. On July 9, 2013, Plaintiff filed a motion for a preliminary injunction (Doc. No. 4). A hearing on this motion will be held on **Tuesday, September 10 at 9:30 a.m**. The hearing will take place at the John H. Wood Jr. United States Courthouse, Courtroom 3, located at 655 East Cesar E. Chavez Boulevard, San Antonio, Texas, 78206.

It is so ORDERED.

SIGNED this 26th day of August, 2013.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE